# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| KIRK WEBSTER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:17-cv-1384 (TSE/IDD)<br>) |
| JAMES MATTIS,<br>Secretary of the Department of Defense, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT'S MOTION TO STAY DISCOVERY PENDING ADJUDICATION OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant, James Mattis respectfully moves this Court to stay discovery in this matter pending the resolution of Defendant's motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction. The grounds for the motion are fully explained in the memorandum of law that has been filed simultaneously with this motion.

Dated: January 19, 2018.

Respectfully submitted,

DANA J. BOENTE
United States Attorney

By: _____/s/_____
   Rebecca S. Levenson
   Assistant United States Attorney
   Office of the United States Attorney
   2100 Jamieson Avenue
   Alexandria, VA 22314
   Tel:   (703) 299-3760
   Fax:   (703) 299-3983
   Email: Rebecca.s.levenson@usdoj.gov

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing[1] to the following:

Kirk E. Webster, Sr.
43184 Gatwick Square
Ashburn, VA 20147
kirkewebster@aol.com

Date: January 19, 2018

By: _____/s/_____
REBECCA S. LEVENSON
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3760
Fax:      (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

*Counsel for Defendant*

---

[1] Pursuant to Mr. Webster's motion for pro se e-noticing (Dkt. No. 40) and this Court's order granting Mr. Webster e-filing (Dkt. No. 44), Mr. Webster has agreed to electronic service and agreed to waive mail service.